**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 99.191.128.138**

**ISP:** AT&T Internet Services
**Physical Location:** Addison, IL

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 09/12/2017 03:24:07 | 9B5E2FBA9A299578B14F6E857174FB52DB4D11DF | Hippie Chicks |
| 07/16/2017 03:17:17 | 27A442046E8EE81E3C4FC33A4E0687EB1D7041AF | Summer Lovers |
| 08/26/2016 05:02:44 | E11DEFEFF8089E723DE717FA65810329F1488E7C | Girl Crush |
| 07/03/2016 14:13:44 | A607E31F950B9A63704EF15D7E7B1DA95D559E17 | Sultry Summer Heat |
| 05/29/2016 01:15:27 | 996EF0D3C4FB9AFBCC65706C16F7777E7B7B18BC | The Kitty Will Play |
| 05/17/2016 11:46:25 | E14BC0F57092049D0EC86CB3F8D5789EFEF05F1F | Fine Fingerfucking |
| 03/20/2016 03:14:08 | 6F2F6188B3678A1A12727FE9248432374DDF177D | These Girls Are On Fire |
| 03/12/2016 18:25:52 | 75A7DCFE41D048D6C8CC34E63C599DCC6BA00932 | Come Fuck With Me |
| 08/22/2015 21:09:01 | 1EF105E3DE3306E68DF753BA7963E6C1610C3436 | Introducing Kennedy |
| 07/25/2015 19:00:50 | EBCB2ADE7178838591591376CD736913CEF88165 | Triple Play |
| 06/20/2015 03:46:42 | DA00CE8C46E0568CBC69156A5D57F5CC93EEDA29 | Girls Just Want To Have Fun |
| 06/20/2015 02:00:52 | 9836D28794D576D6A37EABBF4106A9A782FF14C3 | I Know You Love Me |

**Total Statutory Claims Against Defendant: 12**

EXHIBIT A

NIL808